UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-00875-PGB-RMN

HOWARD COHAN,

    Plaintiff,

vs.

CHINO LATINO, INC.,
a Florida Profit Corporation,
d/b/a AZTECA D'ORO MEXICAN RESTAURANT,

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, CHINO LATINO, INC., a Florida Profit Corporation, d/b/a AZTECA D'ORO MEXICAN RESTAURANT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and request to not be required to file any further responses, motions, or pleadings and/or appear at any further hearings in this matter with the exception of Defendant's attendance at the June 21, 2021 hearing on this Court's Order to Show Cause [DE 21].

RESPECTFULLY SUBMITTED June 20, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Joseph T. Metzger** |
| Gregory S. Sconzo, Esq. | JOSEPH T. METZGER, ESQ. |
| Florida Bar No.: 0105553 | Florida Bar No.: 894478 |
| Sconzo Law Office, P.A. | E-mail: jmetzger@rumberger.com |
| 3825 PGA Boulevard, Suite 207 | docketingtpa@rumberger.com and |
| Palm Beach Gardens, FL 33410 | jmetzgersecy@rumberger.com |
| Telephone: (561) 729-0940 | RUMBERGER, KIRK & CALDWELL |
| Facsimile: (561) 491-9459 | P.A. |
| Email: greg@sconzolawoffice.com | 100 North Tampa Street, Suite 2000 |
| Email: perri@sconzolawoffice.com | Tampa, Florida 33602-5853 |
| Attorney for Plaintiff | Tel: 813.223.4253 |
| | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

   **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**