# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.

CHINO LATINO, INC.,

    Defendant.

Case No. 6:24-cv-875-PGB-RMN

## **ORDER**

This cause comes before the Court for consideration on the Court's Order to Show Cause (Dkt. 22). As noted on the record at a hearing held on June 21, 2024, Attorney Joseph Thomas Tucker Metzger is admonished for his failure to adhere to professional standards in handling this matter and properly supervising his staff. The Court finds no other sanctions are necessary or warranted. Additionally, the Court finds no cause to admonish or sanction Defendant or Attorney Jenna Thompson, whose filing credentials were used without her authorization.

Accordingly, it is **ORDERED** that the Court's Order to Show Cause (Dkt. 22) is discharged.

**DONE** and **ORDERED** in Orlando, Florida, on June 21, 2024.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

- 2 -

Copies to:

Counsel of Record